UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR ART STANLEY,<br><br>　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01130-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 3] |

　　　On August 18, 2022, Magistrate Judge Weksler recommended that I dismiss plaintiff Oscar Stanley's complaint with prejudice because the defendants are immune from suit and the complaint "necessarily implies the invalidity of [Stanley's] conviction or sentence," which is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). ECF No. 3 at 3.  Stanley filed an objection. ECF No. 5.

　　　I have conducted a de novo review of the issues in Judge Weksler's recommendation, as required by Local Rule IB 3-2.  Stanley's objection does not rebut Judge Weksler's findings or conclusions that the defendants are immune from suit and that the claims are barred by *Heck*. Judge Weksler's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision, and I accept and adopt it as my own.

　　　I THEREFORE ORDER that the Report and Recommendation **(ECF No. 3) is accepted** and this case is DISMISSED with prejudice.  The clerk of the court shall enter Judgment accordingly.

　　　DATED THIS 3rd day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE