**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR ART STANLEY,<br><br>　　　　　Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01130-APG-BNW<br><br>**DISTRICT COURT'S RESPONSE TO NINTH CIRCUIT'S REFERRAL NOTICE** |

　　　The Ninth Circuit Court of Appeals has referred to me the question whether Mr. Stanley's in forma pauperis status should continue for his appeal or whether the appeal is frivolous or taken in bad faith. The appeal appears to me to be frivolous because the defendants are immune from suit and Stanley's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Whether that is a sufficient basis to revoke in forma pauperis status under of 18 U.S.C. § 1915(a)(3), I leave to the court of appeals to decide. *Cf. Hooker v. American Airlines*, 302 F.3d 1091 (9th Cir. 2002).

　　　This response is directed to the Ninth Circuit under Federal Rule of Appellate Procedure 24(a)(3)(A). The clerk of court shall serve this response upon the parties and the Ninth Circuit.

　　　DATED THIS 14th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE